# Exhibit 1

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number 09-693 DAK<br>[C][V][ ][ ][ ][ ][ ][ ][ ]-[ ][ ]<br>Date of Filing:                     Judge Code:<br>[ ][ ]  [ ][ ]  [ ][ ][ ][ ]       [ ][ ][ ][ ][ ][ ]<br>Month   Day   Year |

### GENERAL INFORMATION

IN THE CIRCUIT COURT OF _____ETOWAH COUNTY_____, ALABAMA
(Name of County)

_____LOU ANN DOWNEY_____ v. _____TRAVELERS INSURANCE COMPANY_____
Plaintiff                                          Defendant

First Plaintiff:  ☐ Business  ☑ Individual   First Defendant:  ☑ Business  ☐ Individual
                  ☐ Government ☐ Other                          ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☑ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (check one):   F ☑ INITIAL FILING      A ☐ APPEAL FROM DISTRICT COURT      O ☐ OTHER: _____
                          R ☐ REMANDED             T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☐ YES  ☑ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☐ MONETARY AWARD REQUESTED     ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** [A][L][L][0][1][6]

_____ Date      _____ Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☐ YES  ☐ NO  ☑ UNDECIDED

FILED
NOV 16 2009
BILLY YATES
CLERK, DISTRICT COURT

| State of Alabama<br>Unified Judicial System | SUMMONS<br>-CIVIL- | Case Number<br>CV-2009-693 DAK |
|---|---|---|
| Form C-34   Rev 6/88 | | |

IN THE _____CIRCUIT_____ COURT OF _____ETOWAH_____ COUNTY

Plaintiff  LOU ANN DOWNEY       v. Defendant  TRAVELERS INS. CO.
           DELBERT DOWNEY

NOTICE TO _____TRAVELERS INS. CO._____
3224 RAINBOW DRIVE SUITE 2, RAINBOW CITY, AL 35906

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____Myron Allenstein_____ WHOSE ADDRESS IS _____141 South 9th Street, Gadsden, AL 35901_____

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN __30__ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

[ ] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

[ ] Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date  11-16-09       Clerk/Register: Billy Yates       By: _____ CLERK, DISTRICT COURT

[✓] Certified Mail is hereby requested.       Plaintiff's/Attorney's Signature

NOV 16 2009

---

U.S. Postal Service™
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE

Postage  $
Certified Fee  2.80
Return Receipt Fee (Endorsement Required)  2.30
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $ 5.71
Postmark Here

Sent To  TRAVELERS
Street, Apt. No.; or PO Box No.  3224 Rainbow DR. Ste. 2
City, State, ZIP+4  Rainbow City AL 35906

PS Form 3800, August 2006       See Reverse for Instructions

CV09-693 DAK  STC D001

this office on _____
                      (Date)
of the Summons and Complaint to _____
_____ County,

Server's Signature _____

Address of Server _____

Phone Number of Server _____

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

Lou Ann Downey  \*
Delbert Downey  \*
  \*
  Plaintiff  \*
  \*
  \*
v.  \*  CV No.: CV-09- 693 DAK
  \*
Travelers Insurance Company,  \*
  \*
  \*
  Defendant  \*

**COMPLAINT**

**Count I**
**Negligence/Wantonness**

FILED
NOV 16 2009
BILLY YATES
CLERK, DISTRICT COURT

1. Plaintiff has 4 insurance policies with defendant which provide uninsured and underinsured motorist covereage.

2. Plaintiff was involved in an automobile accident on 4/21/07 in Florida when an underinsured motorist negligently and wantonly operated a vehicle causing a collision with Plaintiff who was on a motorcycle.

3. Plaintiff settled the claim with the insurance company of the underinsured motorist who lived in Florida for $10,000.00.

4. Plaintiff requested underinsured motorist benefits from Travelers Insurance Company.

5. Travelers refused the underinsured motorist claim by letter of 10/13/09 because Plaintiff "executed a full and final release with the tort feasor and the tort feasor's carrier, 1st Acceptance, in July 2008 for the policy limit of $10,000.00 without our prior knowledge or consent".

6. Defendant has breached the contract and Defendant owes Plaintiff underinsured motorist benefits.

7. The liability of the underinsured motorist is clear, undisputed and admitted by Defendant.

8. Defendant has completed its investigation.

FILED
NOV 16 2009
BILLY YATES
CLERK, CIRCUIT COURT

9.  Delbert Downey, husband of Lou Ann Downey, has suffered loss of consortium.

Wherefore Plaintiff requests an appropriate award against Defendant up to policy limits and in excess of $50,000.00.

_____
MYRON K. ALLENSTEIN (ALL016)
ROSE MARIE ALLENSTEIN (ALL060)
Attorneys for Plaintiff
ALLENSTEIN & ALLENSTEIN, LLC
141 South 9th Street
Gadsden, AL  35901
(256) 547-7648 (fax)
(256) 546-6314





2

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

Lou Ann Downey     \*
Delbert Downey     \*
    \*
    Plaintiff,     \*
    \*
v.     \*  CV No.: CV-09- 693 DAK
    \*
Travelers Insurance Company, AND X, Y   \*
and Z, whose names are unknown but who   \*
may be responsible for the injuries of   \*
the Plaintiff     \*
    \*
    Defendants,

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT**

1. Plaintiff requests that Defendant produce the claim file on the UIM claim.

                        /s/ Myron K. Allenstein
                        MYRON K. ALLENSTEIN (ALL016)
                        Attorney for Plaintiffs
                        ALLENSTEIN & ALLENSTEIN, LLC
                        141 South 9th Street
                        Gadsden, AL 35901
                        (256) 546-6314
                        (256) 547-7648 (fax)
                        myron@allenstein.com

**FILED WITH COMPLAINT**

FILED
NOV 1 6 2009
CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CV-04-693 OAK
   src D001

   Travelers
   Weaver Diversified Ins.
   Claims
   3224 Rainbow Dr. Ste. 2
   Rainbow City, AL 35901

2. Article Number (Transfer from service label): 7009 0080 0000 0780 2443

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   [Stamps: NOV 19 2009 BILLY YATES CLERK, CIRCUIT COURT; NOV 18 2009 GADSDEN, AL 35905 USPS]

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | | |
|---|---|---|
| LOU ANN DOWNEY;<br>DELBERT DOWNEY, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Action Number: 09-000693-DAK |
| TRAVELERS INSURANCE COMPANY; | § § § § | |
| Defendant. | § § | |

## REMOVAL NOTICE

TO THE PLAINTIFFS IN THE ABOVE-STYLED CAUSE AND THEIR ATTORNEY OF RECORD:

Please take notice that on the 17th day of December, the undersigned, as attorneys for the Defendant Travelers Property Casualty Insurance Company ("Travelers"), incorrectly identified in Plaintiffs' Complaint as Travelers Insurance Company, filed on its behalf a Notice of Removal in the United States District Court for the Northern District of Alabama, Middle Division, to remove the above-entitled cause of action from the Circuit Court of Etowah County, Alabama (CV-2009-000693) to said United States District Court, and also filed a true copy of said Notice of Removal with the Clerk of the Circuit Court of Etowah County, Alabama.

Respectfully submitted,

_____
Brenen G. Ely (ASB-0366-E54B)
Joel S. Isenberg (ASB-8855-N76J)
Attorneys for Defendant Travelers Property Casualty Insurance Company, incorrectly identified in Plaintiffs' Complaint as Travelers Insurance Company

**OF COUNSEL:**
ELY & ISENBERG, LLC
The Mountain Brook Center
2700 Highway 280 East, Suite 110
Birmingham, AL 35223
Telephone:  (205) 313-1200
Facsimile:  (205) 313-1201

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via the Alacourt efile system on this the 17th day of December, 2009.

Myron K. Allenstein
Rose Marie Allenstein
Allenstein & Allenstein, LLC
141 South 9th Street
Gadsden, Alabama 35901

_____
OF COUNSEL

2